UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 03-22669-CIV-MORENO

BARBARA BREGA, *et al.*,

    Plaintiffs,

vs.

CESSNA AIRCRAFT CO., *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Joint Stipulation of Dismissal with Prejudice **(D.E. No. 469)**, filed on **July 22, 2008**.

THE COURT has considered the stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that:

(1)    Plaintiff Barbara Brega's claims as to Defendant Cessna shall be **DISMISSED** with prejudice; and

(2)    Each party shall bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record